# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.     CASE NUMBER:  1:25-cr-00032-AW-MAL

**STEPHEN LAMAR JONES**
_____/

## INFORMATION AND NOTICE OF INTENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Section 851 of Title 21 of the United States Code, and gives this Notice of Intent, that should the Defendant, Stephen Lamar Jones, be convicted of a drug offense charged in this Indictment, the United States will seek enhanced penalties as provided under Title 21, U.S.C. §§ 841 and 851, as shown below.

1. The Defendant has been charged in Count One with Possession with Intent to Distribute 50 Grams or more of Methamphetamine, its salts, isomers, and salts of its isomers, heroin, and cocaine, in violation of Title 21, United States Code §§ 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(C). The offense charged occurred on or about July 20, 2025, in the Northern District of Florida.

2. Based upon the quantities of drugs the Government anticipates proving, the Defendant would normally be subject to statutory penalties for Count One of not

less than ten (10) years imprisonment, up to Life imprisonment, a fine up to $10,000,000.00, and a term of supervised release of at least five (5) years.

3. Prior to the commission of the offenses alleged in Count One, the Defendant had been convicted of a serious drug felony:

4. On or about November 16, 2015, *nunc pro tunc* to November 4, 2015, Stephen Lamar Jones was convicted in the State of Florida of a serious drug felony, that is, Trafficking in Amphetamines, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(ii), and Title 21, United States Code, Section 802(58), which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about August 13, 2023, which was within fifteen years of the commencement of the offense charged in Count One.

5. It is submitted that the conviction set forth above will subject the Defendant to a mandatory minimum term of fifteen (15) years imprisonment, a fine of up to $20,000,000, and a term of at least ten (10) years on supervised release for Count One.

6. Accordingly, the Government hereby gives notice that it will seek all enhanced penalties that are available under law in this case.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

*s/ Christie S. Utt*
CHRISTIE S. UTT
Assistant U.S. Attorney
Florida Bar # 84759
401 SE First Ave, Ste 211
Gainesville, Florida 32601
Telephone: (352) 378-0996
Email: Christie.Utt@usdoj.gov